UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FELICIA VICENTE,

                Plaintiff,

         -v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

19 **CIVIL** 5017 (JCM)

**JUDGMENT**

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 26, 2019, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        December 27, 2019

                                                          **RUBY J. KRAJICK**
                                                          Clerk of Court
                                         BY:
                                                           **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/27/2019